**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

May 13, 2014

Markus A. Green
Neal Unit Facility
G-201-B
9055 Spur Rd. 591
Amarillo, TX  79107

Hon. Lori J. Livingston
261st District Court
P.O. Box 1748
Austin, TX  78767-1748

Dorris E. Harden
Leonard Harden
114 Ashford Drive
Victoria, TX  77904

Re:      Cause No. 13-14-00268-CV
Tr.Ct.No. D-1-GN-07-000797
Style:    In Re Markus A. Green

Enclosed please find the opinion issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
      98th District Court
      201st District Court
      Hon. Amalia Rodriguez-Mendoza, Travis County District Clerk
      Hon. Billy Ray Stubblefield, Presiding Judge, Third Administrative Judicial Region